UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WILLOW HILL SUPPLY, LLC.<br><br>Defendant. | Case No. 1:23-cv-2135<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            May 19, 2023

                                                        Respectfully Submitted,

                                                        **/s/ Mars Khaimov**

                               By:   Mars Khaimov, Esq.
                                      108-26 64th avenue, Second Floor
                                      Forest Hills, New York 11375
                                      Tel (929) 324-0717
                                      Fax (929) 333-7774
                                      Email: mars@khaimovlaw.com
                                      *Attorney for Plaintiff*